**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7968**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MARVIN BEEACHIE GARNER,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CR-98-53)

---

Submitted:  March 14, 2002          Decided:  March 25, 2002

---

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Marvin Beeachie Garner, Appellant Pro Se.  Joseph Lee Evans, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marvin Beeachie Garner, a federal inmate, seeks for a second time to appeal his 1998 conviction for attempted bank robbery and assault through the use of a dangerous weapon. He is currently serving a sentence of 168 months incarceration for these offenses. We dismiss the appeal for lack of jurisdiction because his appeal is untimely.

The district court's order was entered on the docket on February 19, 1999. This court dismissed his direct appeal on June 21, 1999, and his subsequent motion to vacate pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 2001) on July 3, 2001. Therefore, Garner has already exhausted his right to a direct appeal before this court. His present notice of appeal was filed more than two years after the judgment of conviction. Accordingly, it is untimely. Fed. R. App. P. 4(b).

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2